Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:17-MJ-0003-MJS |
| Plaintiff, | |
| v. | STIPULATION TO VACATE TRIAL DATE AND SET FOR PLEA AND SENTENCE; |
| DAGOBERTO ERQUIZGA-PADILLA, | AND ORDER THEREON |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer

for the National Park Service, and Defendant Dagoberto Erquiaga-Padilla, by and

through his attorney of record, Assistant Federal Defender Hope Alley, that the trial date

in the above-captioned matter set for October 25, 2017 be vacated, and the matter be

set for Plea and Sentence on November 29, 2017 at 10:00 a.m.  The parties have

reached a settlement agreement in this matter.

Dated: October 23, 2017       /S/ Susan St. Vincent_____
                                   Susan St. Vincent
                                   Legal Officer
                                   Yosemite National Park

Dated: October 23, 2017       /S/ Hope Alley _____
                                   Hope Alley
                                   Assistant Federal Defender
                                   Attorney for Defendant

1

**ORDER**

The Court accepts the above Stipulation and adopts its terms as the Order of this court. Accordingly, the October 25, 2017, trial in the matter of U.S. v. Dagoberto Erquiaga-Padilla, Case 6:17-mj-00003-MJS, is vacated and the matter is set for plea and sentence on November 29, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __October 24, 2017__ _/s/ Michael J. Seng_
UNITED STATES MAGISTRATE JUDGE