| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | DAGOBERTO ERQUIAGA-PADILLA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-mj-00003-MJS |
|---|---|
| Plaintiff, | ) **REQUEST FOR RULE 43 WAIVER FOR** |
| | ) **PLEA AND SENTENCING; ORDER** |
| vs. | ) |
| | ) Hon. Michael J. Seng |
| DAGOBERTO ERQUIAGA-PADILLA, | ) Date: November 29, 2017 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Dagoberto Erquiaga-Padilla, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for plea and sentencing at the November 29, 2017 hearing and that he be allowed to appear by video from the United States District Court in Riverside, California. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Erquiaga-Padilla to appear by video for plea and sentencing.

Mr. Erquiaga-Padilla currently resides in San Diego, where he attends culinary school and works part time as the operational manager for the Charter School of San Diego. His schedule and school obligations leaves Mr. Erquiaga-Padilla with little time and means to travel to Yosemite National Park. Nonetheless, the parties have reached a resolution and are prepared to go forward with plea and sentencing on November 29, 2017 at 10 a.m. Mr. Erquiaga-Padilla

respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the United States District Court in Riverside, California, for purposes of plea and sentencing.

                                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

Date: November 21, 2017            */s/ Hope Alley*
                                            HOPE ALLEY
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            DAGOBERTO ERQUIAGA-PADILLA

## **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via video at the November 29, 2017 change-of-plea hearing in Case No. 6:17-mj-00003-MJS, is hereby accepted and adopted as the order of this Court PROVIDED that Defendant make suitable and timely arrangements to appear by video from the United States District Court in Riverside, California, and submit a fully executed written plea agreement at least two business days before the hearing.

IT IS SO ORDERED.

Dated:   November 21, 2017            /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE