AO 245B-CAED(Rev. 11/2016) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number: **6:17MJ00003-1** |
| **DAGOBERTO M. ERQUIAGA-PADILLA** | Defendant's Attorney: Hope L. Alley, Assistant Federal Defender |

**THE DEFENDANT:**

[ ]   pleaded guilty to count(s)  <u>2 and 5</u>  .

[ ]   pleaded nolo contendere to count(s) —— which was accepted by the court.

[ ]   was found guilty on count(s) —— after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.23(a)(2) | Operating or being in actual physical control of a motor vehicle while the alcohol concentration on the operators blood or breath is 0.08 grams or more of alcohol. | 10/7/2016 | 2 |
| 36 CFR § 2.32(a)(2) | Interfering with agency functions: Violating the lawful order of a government employee. | 10/7/2016 | 5 |

      The defendant is sentenced as provided in pages 2 through  <u>2</u>  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) —— .

[✓]   Count(s)  <u>1, 3, 4, 6, 7, 8</u>  are dismissed on the motion of the United States.

[ ]   Indictment is to be dismissed by District Court on motion of the United States.

[ ]   Appeal rights given.         [✓]   Appeal rights waived.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

*11/29/2017*

Date of Imposition of Judgment

/s/ Michael J. Seng

Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge

Name & Title of Judicial Officer

11/30/2017

Date

AO 245B-CAED(Rev. 11/2016) Sheet 4 - Misdemeanor Probation

DEFENDANT:**DAGOBERTO M. ERQUIAGA-PADILLA**                                          Page 2 of 2
CASE NUMBER:**6:17MJ00003-1**

## PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of :
12 months.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1.  The Defendant's probation shall be unsupervised by the probation office.

2.  The Defendant is ordered to obey all federal, state, and local laws.

3.  The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.

4.  The Defendant shall pay a fine of $1,190.00 and a special assessment of $10.00 for a total financial obligation of $1,200.00, which shall be paid at the rate of $120.00, per month commencing on 12/29/2017, and each month thereafter by the 29th of the month until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

5.  The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 1 day, with credit served for 1 day in custody.

6.  The Defendant shall complete the First Time DUI Offender Program through the California Department of Motor Vehicles to be completed within the first 10 months of probation.

7.  The Defendant is ordered to personally appear for a Probation Review Hearing on 10/17/2018 at 10:00 am before U.S. Magistrate Judge Seng.

8.  The Defendant shall complete 50 hours of community service. The Defendant shall perform 5 hours of community service each month and complete the community service hours within the first 10 months of probation. Community Service hours may be performed at a more accelerated rate.

9.  The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.